# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAN D. PRATHER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-12-1183-R |
| | ) |
| R. B. HAUF, | ) |
| | ) |
|    Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this 20th day of December, 2012, it is hereby ORDERED, ADJUDGED and DECREED that this matter is hereby dismissed without prejudice.

IT IS SO ORDERED this 20th day of December, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE